AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>**MICHAEL GARRISON**<br><br>Defendant | Case No. 5:22-cr-00293-JMG |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **MICHAEL GARRISON**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:
Violation of Pretrial Release of Oncditions.

Date:  03/10/2023

*George Wylesol, Clerk of Court*
*U.S. District Court, Eastern District of PA*

*Matthew Sheetz*
Issuing officer's signature

City and state:  Philadelphia, PA

Matthew Sheetz, Deputy Clerk
Printed name and title

### Return

This warrant was received on *(date)* 3/10/2023, and the person was arrested on *(date)* 9/21/2023
at *(city and state)* Bucks County Jail.

Date:  9/21/2023

*Dawn Cardinal*
Arresting officer's signature

Dawn Cardinal
Printed name and title